# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL RAZIANO, BRIAN TRAISTER, and CHRIS VALDEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ALBERTSON'S LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 19-CV-04373 JAK (ASx)<br>Assigned to United States District Judge John A. Kronstadt<br><br>**[Proposed] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: February 8, 2021<br>Time: 8:30 a.m.<br>Ctrm: 10B |

ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1  On October 30, 2020, Plaintiffs filed their Motion for Preliminary Approval of
2  Class Action Settlement. The Court has considered Plaintiffs' Motion and supporting
3  evidence as well as the Joint Stipulation for Class Action and PAGA Settlement and
4  Release of Claims ("Settlement Agreement"),[1] and [Proposed] Notice. The Court also
5  balanced a number of factors relevant to the claims asserted in the operative
6  Complaint, including the strength of Plaintiffs' allegations and claims; the defenses
7  advanced by the Defendants, the risk, expense, complexity, and likely duration of
8  further litigation; the risk of maintaining class action status throughout the case and
9  through trial; the amount offered in settlement; the extent of discovery completed and
10 the stage of the proceedings; and the experience and views of counsel.
11 Based on the foregoing,
12 **IT IS HEREBY ORDERED THAT:**
13 1.  The action is a class action brought on behalf of a class of all non-
14 exempt transportation drivers employed by Defendant at Defendant's Irvine or Brea
15 Distribution Centers in the State of California at any time from March 21, 2015,
16 through October 13, 2020.
17 2.  The Court hereby conditionally certifies the proposed Class.
18 3.  The class action settlement set forth in the Settlement Agreement is
19 preliminarily approved as it appears to be fundamentally fair, adequate and within the
20 range of reasonableness. *See* Fed. R. Civ. P. 23(e); *Rodriguez v. West Publ'g Corp.*,
21 563 F.3d 948, 964-64 (9th Cir. 2009). The Court finds the Settlement Agreement to
22 be presumptively valid, subject only to any objections that may be raised at the Final
23 Approval hearing.
24 ///
25 ///
26
27 [1] Undefined capitalized terms used herein have the same meaning ascribed to them in the Settlement Agreement.
28

1

ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1      4.     For purposes of the proposed settlement, the Court hereby approves 2 Cohelan Khoury & Singer, the Phelps Law Group, and The Carter Law Firm as Class 3 Counsel.

4     5.     The Court hereby approves Plaintiffs Michael Raziano, Brian Traister, 5 and Chris Valdez as class representatives.

6     6.     The Court hereby approves Simpluris, Inc. as Settlement Administrator 7 for the purpose of this settlement.

8     7.     The Court approves, as to form and content, the proposed Notice.

9     8.     The Court directs the mailing, by first class mail, of the Notice to the 10 Class Members in accordance with the procedures and schedule set forth in the 11 Settlement Agreement. The Court finds that the methods and dates selected for the 12 mailing of these documents meet the requirements of due process, provide the best 13 notice practicable under the circumstances and constitute due and sufficient notice to 14 all persons entitled to notice.

15     9.     Pending the Court's final approval of the Settlement Agreement, all 16 proceedings in this action, except those related to claims administration and approval 17 of the Settlement Agreement, are stayed.

18     10.     Members of the Class who object to the Settlement Agreement are not 19 required to appear at the Final Approval Hearing. However, persons wishing to be 20 heard orally in opposition to the approval of the Settlement Agreement are required 21 to state in their written objection their intention to appear at the hearing.

22     11.     Plaintiffs shall file their Motion for Attorney's Fees and Litigation 23 Expenses no later than fourteen (14) days before the date established pursuant to 24 Sections 37 and 38 of the Settlement Agreement for Class Members to submit written 25 objections to the Settlement.

26 ///

27 ///

28

2

ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

12. Under no circumstances shall this Order be construed, deemed or used as an admission, concession or declaration by or against Defendants of any fault, wrongdoing, breach or liability. Nor shall the Order be construed, deemed or used as an admission, concession or declaration by or against class representative or members of the Settlement Class that the claims lack merit or that the relief requested in the instant action is inappropriate, improper or unavailable, or as a waiver by any party of any defenses or claims he, she, or it may have.

13. Should the Settlement Agreement not be finally approved, or should the Effective Date, as that term is defined in the Settlement Agreement, not occur, this Order shall be null and void and of no further force and effect, and the parties shall be restored to their respective positions prior to the execution of the Settlement Agreement. Upon such nullification, neither this Order nor the Settlement Agreement shall be used or referred to for any purpose in this action or in any other proceeding, and the Settlement Agreement and all negotiations thereto shall be inadmissible.

14. The Final Approval Hearing will be held on _____, 2021, at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Honorable John A. Kronstadt
United States District Judge