1 | **COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
  msinger@ckslaw.com
Diana M. Khoury (SBN 128643)
  dkhoury@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

**THE CARTER LAW FIRM**
Roger Carter (SBN 140196)
  roger@carterlawfirm.net
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660
Telephone: (888) 914-6900

**THE PHELPS LAW GROUP**
Marc H. Phelps (SBN 237036)
  Marc@phelpslawgroup.com
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660
Telephone: (949) 629-2533/Facsimile: (949) 629-2501

Attorneys for Plaintiffs MICHAEL RAZIANO, BRIAN TRAISTER, CHRIS VALDEZ, and the Conditionally Certified Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL RAZIANO, BRIAN TRAISTER, and CHRIS VALDEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ALBERTSON'S LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 19-CV-04373 JAK (ASx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT**<br><br>Date:  July 12, 2021<br>Time:  8:30 a.m.<br>Judge: Hon. John A. Kronstadt<br>Ctrm:  10B<br><br>Filed:  March 21, 2019<br>Trial:  No Date Set |

Notice of Motion and Motion for Order Granting Final Approval of Class Action Settlement
Case No. 19-CV-04373 JAK (ASx)

1  PLEASE TAKE NOTICE that on July 12, 2021 at 8:30 a.m., in Courtroom 10B of the above-captioned Court located at 350 West 1st Street, Los Angeles, California 90012, the Hon. John A. Kronstadt presiding, Plaintiffs Michael Raziano, Brian Traister, and Chris Valdez on behalf of themselves and the Conditionally Certified Class will move this Court for an Order Granting Final Approval of Class Action Settlement and Entering Judgment.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support, Declarations of Class Counsel Diana M. Khoury, Michael D. Singer [Dkt. Nos. 96-3, 101-3], Marc H. Phelps [Dkt. Nos 96-2, 101-5], and Roger R. Carter [Dkt. Nos. 96-4, 101-4], Supplemental Declaration of Jarrod Salinas on behalf of Simpluris, the appointed Administrator, and the Motion for Order Granting Award of Attorneys' Fees, Costs, Service Payments, and Administration Expenses [Dkt. 101], the fully-executed Joint Stipulation of Class Action and PAGA Settlement and Release of Claims [Dkt. 96-2 at 17-62], the Order Granting Preliminary Approval of Class Action Settlement [Dkt. 100], the other records and files in this case, and such other matters as may be properly presented at or before the hearing.

Dated: June 14, 2021

**COHELAN KHOURY & SINGER**
**THE CARTER LAW FIRM**
**THE PHELPS LAW GROUP**

By: /s/Diana M. Khoury
    Diana M. Khoury
Attorneys for Plaintiffs Michael Raziano, Brian Traister, and Chris Valdez, on behalf of themselves and the Conditionally Certified Class

- 1 -

Notice of Motion and Motion for Order Granting Final Approval of Class Action Settlement
Case No. 19-CV-04373 JAK (ASx)