UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAZIANO, BRIAN TRAISTER, and CHRIS VALDEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTSON'S LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | No. 2:19-cv-04373-JAK-AS<br><br>**JUDGMENT**<br><br>JS-6 |

The Parties reached a settlement subject to Court approval as represented in the Settlement Agreement that was filed previously with this Court. This Court conducted a final approval hearing pursuant to this Court's previous Order Re Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order" (Dkt. 96)) and granted Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Order Granting Award of Attorneys' Fees, Costs, Service Payments, and Administration Expenses (the "Final Approval Order" (Dkt. 106)). Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based on a review of Plaintiffs' Notice of Non-Objections by Government Officials Pursuant to Class Action Fairness Act (Dkt. 107), the stay of the Final Approval Order is lifted.
2. The Court finds there is jurisdiction over the parties to this action, including all Class Members.
3. Judgment is entered whereby Plaintiffs and Class Members, except those who excluded themselves from the Settlement, shall take from Defendant only as expressly set forth in the Class Action Settlement, as approved in the Final Approval Order.
4. The Court reserves exclusive and continuing jurisdiction over this action, Plaintiffs, Class Members and Defendant, for the purposes of:
   a. supervising the implementation, enforcement, construction and interpretation of the Settlement, the Preliminary Approval Order, the plan of allocation, the Final Approval Order and this Judgment; and
   b. supervising distribution of amounts paid under this Settlement.

//

//

5. This action is dismissed with prejudice, with each party to bear its own costs and attorney's fees, except as otherwise provided by the Settlement Agreement and the Final Approval Order.

**IT IS SO ORDERED.**

Dated: July 27, 2021

John A. Kronstadt
United States District Judge